UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-62500

JENNIFER FIGUEROA,

    Plaintiff,

v.

NORTHSTAR LOCATION SERVICES, LLC,

    Defendant.
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

JENNIFER FIGUEROA (the "**Plaintiff**") and NORTHSTAR LOCATION SERVICES, LLC. (the "**Defendant**"), by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file their Joint Stipulation of Voluntary Dismissal with Prejudice of this action. Each party is to bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

Respectfully submitted this 18th day of January 2017.

| | |
|---|---|
| THE LAW OFFICES OF JIBRAEL<br> S. HINDI<br>110 SE 6th Street, Suite 1744<br>Fort Lauderdale, FL 33301<br>Telephone: 954.907.1136<br>Facsimile: 855.529.9540<br><br>/s/ Jibrael Hindi<br>Jibrael S. Hindi<br> Florida Bar Number 118259<br> jibrael@jibraellaw.com<br><br>*Counsel for Plaintiff* | GORDON & REES<br>SCULLY MANSUKHANI<br>100 SE Second Street, Suite 3900<br>Miami, FL 33131<br>Telephone:  305.428.5300<br>Facsimile:  877.644.6209<br><br> s/  Jose I. Leon<br>Jose I. Leon<br>Florida Bar No. 958212<br>jleon@gordonrees.com<br><br>*Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of January 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Jibrael S. Hindi_____
Jibrael S. Hindi, Esq.
Florida Bar No.118259
E-mail: jibrael@jibraellaw.com